EDWARD J. AHRENS, Respondent, v. MORRIS LEFSTEIN, Defendant, and LEFSTEIN & ROSENFELD COMPANY, Appellant.

*False arrest — sufficient cause.*

Appeal by the defendant, Lefstein & Rosenfeld Company, from a judgment of the Supreme Court, entered in the office of the clerk of the county. of Kings on the 27th day of March, 1918, in favor of the plaintiff, and also from an order entered in said clerk's office on the 3d day of April, 1918, denying its motion for a new trial.

PER CURIAM: It is for the court to determine, where facts sufficiently probative are undisputed, whether the defendant had probable cause for procuring the arrest. In the present instance the plaintiff, the appellant's trusted collector of money, did collect money of a customer, credited it to her. on a book for a subsequent month, and by a private arrangement with her kept the money in his own possession and evaded a statement of the truth

* Consol. Laws, chap. 17 (Laws of 1909, chap. 22), § 381, as amd. by Laws of 1913, chap. 821.— [REP.

to his employer, who found itself committed by his act. So, without the use of the disputed testimony as to inquiry of the plaintiff concerning this collection, and his denial of it, there is sufficient to show that the defendant, using due caution and investigation, was warranted by the facts as they appeared to procure the plaintiff's arrest. The judgment and order should be reversed, with costs, and the complaint dismissed, with costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ. Judgment and order reversed, with costs, and complaint unanimously dismissed, with costs.